239 So.2d 363

Clinton Grady CLAYTON, Francis Joseph
Blanchard, and Harold Watkins
LeJeune

v.

NEW ORLEANS POLICE DEPARTMENT.

No. 50795.

Sept. 30, 1970.

Writ denied. The result is correct.

239 So.2d 363

Hermein MURPHY, wife of/and
John T. Murphy

v.

Michael PODGURSKI and His Insurer,
Allstate Insurance Company.

No. 50787.

Sept. 30, 1970.

Writ refused. On the facts found by the
Court of Appeal, there is no error of law
in the judgment.